UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Dennis Donald Compeau, 185661,

          Petitioner,               Case No.   16-10558

v.                                   Judge Arthur J. Tarnow

                                   Magistrate Judge Stephanie Dawkins Davis
Romanowski,

          Respondent(s).

_____/

ORDER GRANTING PETITION TO PROCEED IN FORMA PAUPERIS

        The Court has reviewed the petition to proceed in forma pauperis, the affidavit in support, and the

financial status communication;

        **IT IS ORDERED** that the petition to proceed in forma pauperis is **GRANTED**.

Date:  February 25, 2016 _____        s/R. Steven Whalen _____
                                        R. Steven Whalen
                                        United States Magistrate Judge

---

Certificate of Service

        I hereby certify that a copy of the foregoing document was served upon Petitioner on the date indicated below by first class mail.

Date:  February 25, 2016 _____        s/B. Garant _____
                                        Deputy Clerk